## No 6990.

### A. D. RAWLINGS VS. CHARLOTTE S. BRANDON.

A note and mortgage, executed by a married woman to lawyers for fees, will not be enforced against her if it appears that a part of the services were rendered to her husband, and the employment was by him.

APPEAL from the District Court for Tensas.    HOUGH, J.

State *vs.* Ford.

*Reeves & Farrar*, *Mayo*, and *E. H. Farrar* for Plaintiff Appellant. *Peirce* for Defendant.

DE BLANC, J., delivered the opinion, affirming the judgment. MANNING, C. J., dissenting and SPENCER, J., recused.